IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR163 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROBERT E. WATKINS, | ) | |
| | ) | |
| Defendant. | ) | |

Treated as a motion,

IT IS ORDERED that the defendant's correspondence requesting status and copy of docket sheet (filing 222) is denied. See filing 221.

January 11, 2006.                                    BY THE COURT:

                                                                 s/ *Richard G. Kopf*
                                                                 United States District Judge