IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR163 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT E. WATKINS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for release of Brady materials and for evidentiary hearing (filing 249) is denied.

November 16, 2006.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge