# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK

**Denise M. Lucks**
**Clerk of Court**

www.ned.uscourts.gov

**M. Therese Bollerup**
**Chief Deputy Clerk**

TO:     The Honorable Richard G. Kopf

FROM:     Clerk, U.S. District Court
          Jeri A. Reinig

DATE:     December 5, 2006

SUBJECT:     8:01cr163, USA v. Robert E. Watkins

A party, who has NOT been permitted to proceed in forma pauperis in District Court, has filed a Notice of Appeal.  Please note the following:

(X)     An appeal fee of $455.00 was not received.

(X)     A motion to proceed in forma pauperis/affidavit on appeal was not received.

In order for the Clerk's office to process this appeal, please advise our office how you intend to proceed:

(X)     An order will be entered finding that the party is not entitled to proceed in forma pauperis.

_____     An order will be entered finding that the party is permitted to proceed on appeal in forma pauperis.

Dated this 5th day of December, 2006.

s/ *Richard G. Kopf*
United States District Judge

COPIES MAILED ON:  _11/29/2006

---

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-5225
Fax: (402) 437-5651
Toll Free: (866) 220-4379