THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR163 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT E. WATKINS, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the court are more motions filed by defendant Robert Watkins. The criminal trial in this case occurred in April 2003, judgment was entered in August 2003 (filing 168), and Watkins's conviction and sentence were affirmed by the Eighth Circuit Court of Appeals in October 2004 (filing 194) and again after remand from the United States Supreme Court in July 2005. Defendant's motions for return of seized property have been ruled upon by this court and affirmed on appeal. (Filings 186, 188, 192, 198, 199, 200, 201, 203, 204, 207, 220, 241.)

Since the time of Watkins's conviction, sentence, and appeals, he has filed countless motions, including motions for copies, to hold counsel in contempt, to hold fact-finding hearing, for release of Brady materials, for evidentiary hearing, to submit newly discovered evidence, as well as appeals from the rulings on those motions (filings 222, 231, 237, 249). The defendant has now filed a "Motion for Discovery All Writ Act" (filing 264) and a motion for leave to proceed in forma pauperis on the motion for discovery (filing 265), apparently attempting to resurrect his criminal case.

Once again, I shall deny the defendant's motions and caution the defendant that he should stop abusing the judicial process by encumbering the court file with motions for relief to which he is not entitled. *See* 18 U.S.C. § 401 (United States courts have power to punish by fine or imprisonment contempt of its authority, including disobedience to court's process, order, or command).

IT IS ORDERED:

1. Defendant's "Motion for Discovery All Writ Act" (filing 264) is denied;

2. Defendant's Motion for Leave to Proceed In Forma Pauperis (filing 265) is denied.

January 28, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge