IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR163 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| ROBERT E. WATKINS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed a notice of appeal (filing 298) from this court's order (filing 297) denying his motion for miscellaneous relief (filing 296). This is yet another frivolous filing.

The criminal trial in this case occurred in April 2003, judgment was entered in August 2003 (filing 168), and Watkins's conviction and sentence were affirmed by the Eighth Circuit Court of Appeals in October 2004 (filing 194) and again after remand from the United States Supreme Court in July 2005. Since the time of Watkins's conviction, sentence, and appeals, he has filed countless motions, including motions for return of seized property, for photocopies, to hold counsel in contempt, to hold a fact-finding hearing, for release of *Brady* materials, for an evidentiary hearing, to submit newly discovered evidence, for information, as well as appeals from the rulings on those motions. (Filings 186, 188, 192, 198, 199, 200, 201, 203, 204, 207, 220, 222, 231, 237, 241, 249, 277, 281, 287, 296, 298.) As noted in a prior order, Watkins has continued to "abus[e] the judicial process by encumbering the court file with motions for relief to which he is not entitled, and appeals therefrom. *See* 18 U.S.C. § 401 (United States courts have power to punish by fine or imprisonment contempt of its authority, including disobedience to court's process, order, or command)." (Filings 267 & 272.)

Because of Mr. Watkins's continual abuse of the judicial process, I shall order that Defendant's appeal be stricken and that Defendant be barred from filing anything

further in this closed case.  Further, I shall direct the Clerk of Court to reject any further filings in this closed case and also to forego processing Defendant's purported appeal in this closed case.  In short, this case has come to end.

    IT IS ORDERED that:

    1.    Defendant's notice of appeal (filing 298) is stricken;

    2.    The Clerk of Court shall not process Defendant's notice of appeal (filing 298);

    3.    The Defendant is barred from filing, and the Clerk shall not accept, any further materials submitted by Defendant for filing in this closed case, including, but not limited to, motions, letters, requests, objections, notices, briefs, memoranda, or appeals; and,

    4.    The Clerk of the Court shall forward a copy of this memorandum and order to the Clerk of the United States Court of Appeals for the Eighth Circuit.

December 9, 2008.                      BY THE COURT:
                                          s/ *Richard G. Kopf*
                                          United States District Judge