IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR163 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT E. WATKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's objection (filing no. 332) to order on motion for miscellaneous relief (filing no. 331) is denied.

DATED this 21st day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge