IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:01CR163 |
| V. | ) | |
| ROBERT E. WATKINS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the Federal Public Defender's motion for appointment of counsel (filing no. 343) is granted. The Federal Public Defender or one of his designees is appointed as counsel for the defendant to pursue a *Johnson* petition.

DATED this 26th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge