IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:01CR163 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT E. WATKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the plaintiff shall file its answer and brief to the defendant's motion to correct sentence under 28 U.S.C. § 2255, on or before June 10, 2016.

DATED this 10th day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge