IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. WATKINS, | ) | |
| | ) | |
| Petitioner, | ) | 8:01CR163 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that the petitioner shall have until June 28, 2016 to respond to the respondent's response (filing nos. 349 and 350) to the petitioner's motion to correct sentence under 28 U.S.C. § 2255 (filing no. 346).

DATED this 14th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge