IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT E. WATKINS, | ) |
| Petitioner, | ) 8:01CR163 |
| v. | ) |
| UNITED STATES OF AMERICA, | ) ORDER |
| Respondent. | ) |

IT IS ORDERED that:

(1) The petitioner's unopposed motion to extend deadline (filing no. 352) is granted.

(2) The petitioner shall have until July 15, 2016, to respond to the respondent's response (filing nos. 349 and 350) to the petitioner's motion to correct sentence under 28 U.S.C. § 2255 (filing no. 346).

(3) The Clerk shall change the CM/ECF response due date to July 15, 2016, for filing no. 346.

DATED this 28th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge