IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT E. WATKINS, | ) | |
| | ) | |
| Petitioner, | ) | 8:01CR163 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| UNITED STATES OF AMERICA, | ) | **AND ORDER** |
| | ) | |
| Respondent. | ) | |

    I intend to resentence the defendant to time served, but impose a new sentence of supervised release for three years based upon the government's research (filing no. 355) on this issue. I will impose the same terms and conditions of supervised release as set forth in the original judgment. Therefore,

    IT IS ORDERED that counsel for the defendant shall submit a new waiver no later than the 5:00 p.m. on Friday August 12, 2016, consenting to such a sentence and waiving the defendant's right to a personal appearance. If there is an objection to such a sentence, counsel for the defendant shall file an objection no later than the above date together with a supporting brief. The Clerk shall set a case management deadline for Monday, August 15, 2016, and my chambers shall call this file to my attention on that date.

    DATED this 26th day of July, 2016.

                               BY THE COURT:

                               s/ *Richard G. Kopf*
                               Senior United States District Judge