IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR163 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT E. WATKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the agreement of the government,

IT IS ORDERED that the motion to vacate under § 2255 (Johnson) (filing no. 346) is granted. A judgment will be issued shortly.

DATED this 1st day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge